## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff-Appellee, )<br> )<br>vs. )<br> )<br>FRANK RICO DISALVO, )<br>    Defendant-Appellant. )<br>_____) | RECORD NO. 13-4001 |

### MOTION FOR ABEYANCE OF ORDER TO REMAND

Comes now your Appellant, FRANK RICO DISALVO, by and through the undersigned counsel, and respectfully requests an abeyance of the entry of an order to remand to District Court. In support of this Motion, counsel presents the following:

1. This matter originally came before The Court upon Mr. DiSalvo's appeal of the sentence entered in case by the District Court.

2. The Government timely filed a motion to dismiss Mr. DiSalvo's appeal on grounds that it was barred by the terms of his plea agreement.

3. A responsive brief in opposition to The Government's motion was subsequently filed by Mr. DiSalvo by and through counsel.

4. Upon consideration of the motion, and the responsive brief in opposition, this Honorable Court entered an order denying The Government's requested dismissal.

5. Pursuant to the denial of its motion to dismiss, The Government has requested that this matter be remanded to the District Court for a hearing and resentencing.

6. Pursuant to an expected order being issued with regard to The Government's request for remand, Counsel for the Appellant now brings this motion for abeyance in response to recent communications received from Mr. DiSalvo concerning his intent to withdraw his appeal.

7. In the intervening days since The Government's request to remand was filed, Counsel for Appellant has received electronic communications directly from Mr. DiSalvo, as well as telephone communications from his family members, indicating that Mr. DiSalvo now wishes to withdraw his appeal.

8. At this time, Counsel for the Appellant has not yet been able to obtain direct verbal or written confirmation of Mr. DiSalvo's wishes.

9. In the interest of due diligence, Counsel for the Appellant now submits this motion for abeyance in order to discuss Mr. DiSalvo's wishes and obtain his informed and written consent prior to submitting a motion to withdraw his appeal.

10. Upon conferring with the Appellant, Counsel will notify the Court of Mr. DiSalvo's wishes by motion or withdrawal.

In light of the foregoing, Appellant requests that any order of remand regarding Mr. DiSalvo's appeal be held in abeyance until such time as Counsel has had an opportunity to confer with the Appellant via conference call and obtain signed and written consent to withdraw his appeal.

This the 4th day of September, 2013.

Respectfully submitted,

/s/ R. Clarke Speaks
Attorney for Defendant/Appellant
Post Office Box 2823
Wilmington, North Carolina  28402
910-341-7570
N.C. Bar No.:   24538

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September, 2013 a copy of the foregoing **Motion for Abeyance of Order to Remand** has been served upon Counsel for the Appellee via the Court's ECF System:

Jennifer May-Parker
OFFICE OF THE UNITED STATES ATTORNEY
Federal Building
310 New Bern Avenue
Raleigh, North Carolina  27601
(919) 856-4530

*Counsel for Appellee*

/s/ R. Clarke Speaks
Attorney for Defendant/Appellant
Post Office Box 2823
Wilmington, North Carolina  28402
910-341-7570
N.C. Bar No.:  24538